IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EUDELL S. DUVALL, Derivatively On Behalf of BIOMIMETIC THERAPEUTICS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMUEL E. LYNCH, et al. <br><br> Defendants, <br><br> and <br><br> BIOMIMETIC THERAPEUTICS, INC., <br><br> Nominal Defendant. | Civil Action No. 3:11-cv-00775 <br><br> CLASS ACTION <br><br> Judge Kevin H. Sharp <br> Magistrate Juliet E. Griffin |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Eudell S. Duvall ("Plaintiff") and Defendants Samuel E. Lynch, Larry W. Papasan, Thorkil K. Christensen, Christopher B. Ehrlich, Gary E. Friedlaender, Charles W. Federico, James Murphy, and Douglas G. Watson and Nominal Defendant BioMimetic Therapeutics, Inc. ("Defendants," together with Plaintiff, the "Parties") jointly move this Court to dismiss the above-captioned action (the "Action") without prejudice, with each party to bear its own costs, expenses, and attorneys' fees. In support of this motion, the Parties state as follows:

1. Plaintiff filed this Action against Defendants derivatively on behalf of BioMimetic Therapeutics, Inc. on August 12, 2011.

2. The Action has been stayed pending this Court's consideration of a related securities class action captioned *Sarafin v. BioMimetic Therapeutics, Inc.*, No. 3:11-dv-0653 (the "*Sarafin* Action"). On January 10, 2013, this Court dismissed the *Sarafin* Action with prejudice and, on April 30, 2013, denied the *Sarafin* plaintiffs' Motion to Alter or Amend the Order and Judgment of Dismissal with Prejudice.

3. On March 1, 2013, pursuant to an Agreement and Plan of Merger adopted at a special meeting of stockholders of BioMimetic Therapeutics, Inc. on February 26, 2013, BioMimetic Therapeutics, Inc. was acquired by Wright Medical Group, Inc. ("Wright").

4. By operation of that transaction, BioMimetic Therapeutics, Inc. merged with and into BioMimetic Therapeutics, LLC, a wholly owned subsidiary of Wright.

5. By operation of that transaction, BioMimetic Therapeutics, Inc. and all of its publicly held stock ceased to exist.

6. As a result, Plaintiff is no longer a stockholder of BioMimetic Therapeutics, Inc.

7. Wright is the sole member of BioMimetic Therapeutics, LLC and, through the undersigned counsel for Defendants, has received notice of this motion, including notice that the Parties are seeking through this motion to dismiss this action without prejudice.

WHEREFORE, the Parties, through their respective counsel, stipulate and agree, and jointly move the Court for an order providing, the following:

    i. The Action shall be dismissed without prejudice;

   ii. Each party shall bear its own costs, expenses, and attorneys' fees; and

  iii. Any notice required by Federal Rule of Civil Procedure 23.1(c) is satisfied by Wright's actual notice of this Motion.

Dated: May [ ], 2013                                    Respectfully submitted,

| | |
|---|---|
| **LEVI & KORSINSKY, LLP** | **ROPES & GRAY LLP** |
| By: s/ W. Scott Holleman<br>W. Scott Holleman<br>30 Broad Street, 15111 Floor<br>New York, New York 10004<br>Tel: (212) 363-7500<br>Fax: (212) 363-7171<br>eandersen@zlk. com | By: s/ Nicholas M. Berg<br> Nicholas M. Berg, Esq.* (IL ARDC # 6285739)<br>111 S. Wacker Dr., 46th Floor<br>Chicago, IL 60606-4302<br>Telephone: 312.845.1200<br>Facsimile: 312.845.5500<br>nicholas.berg@ropesgray.com |
| **BRANSTETTER, STRANCH & JENNINGS PLLC**<br><br>J. Gerard Stranch, IV, BPR No 23045<br>227 Second A venue North<br>Nashville, TN 37201<br>gstranch@branstetterlaw.com<br>Tel: (615) 254-8801<br>Fax: (615) 255-5419<br><br>*Attorneys for Plaintiff* | Randall W. Bodner* (MA Bar # 549160)<br>Christopher G. Green* (MA Bar # 643202)<br>Andrew J. O'Connor* (MA Bar # 672960)<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone:  617.951.7000<br>Facsimile: 617.951.7050<br>randall.bodner@ropesgray.com<br>christopher.green@ropesgray.com<br>andrew.oconnor@ropesgray.com<br><br>* Admitted *pro hac vice*<br><br>**HARWELL HOWARD HYNE GABBERT & MANNGER, P.C.**<br><br>Glenn B. Rose, Esq. (BPR No. 010598)<br>31 Deaderick Street, Suit 1800<br>Nashville, Tennessee 37238<br>Telephone: 615.251.0500<br>Facsimile: 615.251.1058<br>gbr@h3gm.com<br><br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EUDELL S. DUVALL, Derivatively On Behalf of BIOMIMETIC THERAPEUTICS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMUEL E. LYNCH, et al. <br><br> Defendants, <br><br> and <br><br> BIOMIMETIC THERAPEUTICS, INC., <br><br> Nominal Defendant. | Civil Action No. 3:11-cv-00775 <br><br> CLASS ACTION <br><br> Judge Kevin H. Sharp <br> Magistrate Juliet E. Griffin |

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**

On this day came to be considered the Joint Motion to Dismiss Without Prejudice filed by Plaintiff Eudell S. Duvall and Defendants Samuel E. Lynch, Larry W. Papasan, Thorkil K. Christensen, Christopher B. Ehrlich, Gary E. Friedlaender, Charles W. Federico, James Murphy, and Douglas G. Watson and Nominal Defendant BioMimetic Therapeutics, Inc. The Court, having considered the merits of said Motion, finds that said Motion is well taken and is GRANTED. Accordingly:

    i.    The above-captioned action shall be dismissed without prejudice;

    ii.    Each party shall bear its own costs, expenses, and attorneys' fees; and

    iii.    Any notice required by Federal Rule of Civil Procedure 23.1(c) is satisfied by Wright Medical Group, Inc.'s actual notice of said Motion.

It is so ORDERED.

Dated: February \_\_\_, 2013

                                              _____
                                              KEVIN H. SHARP
                                              United States District Judge

**AGREED TO AND APPROVED
FOR ENTRY BY:**

| | |
|---|---|
| **LEVI & KORSINSKY, LLP** | **ROPES & GRAY LLP** |
| By: s/ W. Scott Holleman | By: s/ Nicholas M. Berg |
| W. Scott Holleman | Nicholas M. Berg, Esq.* (IL ARDC # 6285739) |
| 30 Broad Street, 15111 Floor | 111 S. Wacker Dr., 46th Floor |
| New York, New York 10004 | Chicago, IL 60606-4302 |
| Tel: (212) 363-7500 | Telephone: 312.845.1200 |
| Fax: (212) 363-7171 | Facsimile: 312.845.5500 |
| eandersen@zlk. com | nicholas.berg@ropesgray.com |

**BRANSTETTER, STRANCH & JENNINGS PLLC**

J. Gerard Stranch, IV, BPR No 23045
227 Second A venue North
Nashville, TN 37201
gstranch@branstetterlaw.com
Tel: (615) 254-8801
Fax: (615) 255-5419

*Attorneys for Plaintiff*

Randall W. Bodner* (MA Bar # 549160)
Christopher G. Green* (MA Bar # 643202)
Andrew J. O'Connor* (MA Bar # 672960)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617.951.7000
Facsimile: 617.951.7050
randall.bodner@ropesgray.com
christopher.green@ropesgray.com
andrew.oconnor@ropesgray.com

* Admitted *pro hac vice*

**HARWELL HOWARD HYNE GABBERT & MANNGER, P.C.**

Glenn B. Rose, Esq. (BPR No. 010598)
31 Deaderick Street, Suit 1800
Nashville, Tennessee 37238
Telephone: 615.251.0500
Facsimile: 615.251.1058
gbr@h3gm.com

*Attorneys for Defendants*