IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EUDELL S. DUVALL, Derivatively On Behalf of BIOMIMETIC THERAPEUTICS INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL E. LYNCH, et al.<br><br>Defendants,<br><br>and<br><br>BIOMIMETIC THERAPEUTICS, INC.,<br><br>Nominal Defendant. | Civil Action No. 3:11-cv-00775<br><br>CLASS ACTION<br><br>Judge Kevin H. Sharp<br>Magistrate Juliet E. Griffin |

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**

On this day came to be considered the Joint Motion to Dismiss Without Prejudice filed by Plaintiff Eudell S. Duvall and Defendants Samuel E. Lynch, Larry W. Papasan, Thorkil K. Christensen, Christopher B. Ehrlich, Gary E. Friedlaender, Charles W. Federico, James Murphy, and Douglas G. Watson and Nominal Defendant BioMimetic Therapeutics, Inc. The Court, having considered the merits of said Motion, finds that said Motion is well taken and is GRANTED. Accordingly:

    i.    The above-captioned action shall be dismissed without prejudice;

    ii.    Each party shall bear its own costs, expenses, and attorneys' fees; and

    iii.    Any notice required by Federal Rule of Civil Procedure 23.1(c) is satisfied by Wright Medical Group, Inc.'s actual notice of said Motion.

It is so ORDERED.

Dated: Oc{"4: ."42350

_____
KEVIN H. SHARP
United States District Judge

AGREED TO AND APPROVED
FOR ENTRY BY:

**LEVI & KORSINSKY, LLP**

By: s/ W. Scott Holleman
W. Scott Holleman
30 Broad Street, 15111 Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
eandersen@zlk. com

**BRANSTETTER, STRANCH & JENNINGS PLLC**

J. Gerard Stranch, IV, BPR No 23045
227 Second A venue North
Nashville, TN 37201
gstranch@branstetterlaw.com
Tel: (615) 254-8801
Fax: (615) 255-5419

*Attorneys for Plaintiff*

**ROPES & GRAY LLP**

By: s/ Nicholas M. Berg
 Nicholas M. Berg, Esq.* (IL ARDC # 6285739)
111 S. Wacker Dr., 46th Floor
Chicago, IL 60606-4302
Telephone: 312.845.1200
Facsimile: 312.845.5500
nicholas.berg@ropesgray.com

Randall W. Bodner* (MA Bar # 549160)
Christopher G. Green* (MA Bar # 643202)
Andrew J. O'Connor* (MA Bar # 672960)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  617.951.7000
Facsimile: 617.951.7050
randall.bodner@ropesgray.com
christopher.green@ropesgray.com
andrew.oconnor@ropesgray.com

* Admitted *pro hac vice*

**HARWELL HOWARD HYNE GABBERT & MANNGER, P.C.**

Glenn B. Rose, Esq. (BPR No. 010598)
31 Deaderick Street, Suit 1800
Nashville, Tennessee 37238
Telephone: 615.251.0500
Facsimile: 615.251.1058
gbr@h3gm.com

*Attorneys for Defendants*